**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00500-CV

---

### INTERNATIONAL BANK OF COMMERCE, Appellant

### V.

### VU VUONG & QUI PHAN, Appellees

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-248659**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed June 11, 2019. We abated the appeal on July 18, 2019 and referred the case to mediation. On July 29, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.